## (December 21, 1979)

■   In the Matter of FRANK M. SPADA for Reinstatement as an Attorney and Counselor at Law.—Application for reinstatement by petitioner, who was suspended from the practice of law for a period of three months by order dated April 5, 1977. The application was referred to the Committee on Character and Fitness for the Third Judicial District which recommended that the application be granted upon submission to the court of satisfactory proof that petitioner has successfully completed a Bar review course. Application granted to the extent that petitioner will be reinstated as an attorney and counselor at law upon furnishing proof satisfactory to the court of his daily attendance at and completion of a Bar review course. Mahoney, P. J., Greenblott, Sweeney, Main and Herlihy, JJ., concur.

■   In the Matter of STANLEY H. ROE, Appellant, v CAMILLA PALMER et al., Respondents.—Appeal from a judgment of the Supreme Court at a Trial Term, entered December 11, 1979 in Madison County, which denied petitioner's application in a proceeding pursuant to section 16-106 of the Election Law, to declare valid two uncanvassed affidavit emergency ballots cast in the Third Election District of the Town of Hamilton in the general election held November 6, 1979, for the office of Town Supervisor of the Town of Hamilton. Judgment affirmed, without costs. No opinion. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.